DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THIRD REEF HOLDINGS, LLC,**
Appellant,

v.

**MARTIN STEIN, BLACKFORD CAPITAL ASSOCIATES II, INC., and BFC-BSI, LLC,**
Appellees.

No. 4D19-3028

[March 25, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 502015CA014306.

Robert M. Klein and Andrew M. Feldman of Klein Glasser Park & Lowe, P.L., Miami. Daniel M. Samson of Samson Appellate Law, Miami, and Derek R. Young of Kaplan Young & Moll Parron, PLLC, Miami, for appellant.

Robert J. Hauser of Pankauski Hauser Lazarus PLLC, West Palm Beach, and Jospeh G. Galardi of Atherton Galardi Mullen & Reeder, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, MAY and DAMOORGIAN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***